McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASMI AHEMED ALI SANAD,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>         Defendants. | CV F 06-1547 OWW-LJO<br><br>DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

The United States hereby requests a 60-day extension of time until March 2, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: December 27, 2006                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Carolyn K. Delaney

                                            By
                                            CAROLYN K. DELANEY
                                            Assistant U.S. Attorney

///
///
///
///
///
///

1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until March 2, 2007.

        IT IS SO ORDERED.

**Dated:   December 27, 2006**        /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE