1  JAMES M. MAKASIAN (SBN 71791)
   2300 Tulare Street, Suite 250
2  Fresno, CA  93721
   Telephone:  (559) 442-4211 Fax: 442-4127
3
   STEVEN P. SIMONIAN, Jr. (SBN 082858)
4  2300 Tulare Street, Suite 250
   Fresno, CA 93721
5  Telephone: (559) 442-4212

6
   Attorneys for Plaintiff
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
   RASMI AHMED ALI SANAD,                    )
11                                           )
                                             )
12                                           )   CIVIL No. 06-CV-01547 OWW-LJO
              Plaintiff,                     )
13                                           )
   v.                                        )   NOTICE OF VOLUNTARY DISMISSAL OF
14                                           )   PLAINTIFF, RASMI AHMED ALI SANAD,
                                             )   AND ORDER
15 MICHAEL CHERTOFF, Secretary of            )
   Homeland Security, EMILIO T. GONZALEZ,    )
16 Director of The United States Citizenship )   Rule 41(a)(1)
   and Immigration Services, DAVID STILL,    )
17 District Director of The United States    )   CIS No.: A 43308520
   Citizenship Immigration Services,         )
18 DONALD RIDING, Officer In Charge of the   )
   Fresno Office of The United States        )
19 Citizenship Immigration Services, and     )
   McGREGOR W. SCOTT, United States          )
20 Attorney for the Eastern District of      )
   California                                )
21                                           )
                                             )
22                                           )

23            Defendants.

24

25       PLEASE TAKE NOTICE:

26       That PLAINTIFF, RASMI AHMED ALI SANAD, has cleared the background name

27 check and the only step remaining in the adjudication of his naturalization application is

28 the oath ceremony.  Accordingly, plaintiff, RASMI AHMED ALI SANAD, hereby  requests

---

1

PDF created with pdfFactory trial version www.pdffactory.com

1   that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil

2   Procedure.  Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action

3   prior to service by the defendant of an answer or a motion for summary judgment.  <u>Wilson</u>

4   <u>v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

5         No answers to plaintiff's complaint and no motions for summary judgment have

6   been filed in this case.   No such answers or summary judgment motion have been

7   served.  Accordingly, Plaintiff, RASMI AHMED ALI SANAD requests that this action be

8   dismissed.

9

10                                                    Respectfully Submitted,

11

12   Dated: February 23, 2007              __/s/ JAMES M. MAKASIAN_____
                                            JAMES M. MAKASIAN
13                                          STEVEN P. SIMONIAN, Jr.
                                            Attorneys for Plaintiff
14

15

16         IT IS SO ORDERED.

17         2/28/07                                    /s/ Oliver W. Wanger
     Dated: _____      _____
18                                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com