McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASMI AHEMED ALI SANAD, ) | No. CV-F-06-1547 OWW TAG |
| ) | |
| Plaintiff, ) | ORDER. |
| ) | |
| v. ) | |
| ) | |
| Michael Chertoff, Secretary of Homeland ) | Honorable Oliver W. Wanger |
| Security, et al. ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

For the reasons set forth in the government's Notice, Motion to Reopen Jurisdiction, and Motion to Remand pursuant to 8 U.S.C. § 1447(b) and based on plaintiff's non-opposition to said motion, the matter is hereby remanded to United States Citizenship and Immigration Services with instructions to adjudicate plaintiff's Application for Naturalization, Form N-400, within 15 days from the date of this order of remand.

IT IS SO ORDERED.

**Dated:   May 17, 2007**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE